## REESE et al. v. JOHNSON et al.
### No. 2270.

Court of Civil Appeals of Texas.   Beaumont.
March 29, 1932.

Rehearing Denied April 13, 1932.

G. C. Lowe, of Woodville, for appellants.

J. E. Wheat, of Woodville, for appellees.

On Motion for Rehearing.[1]

O'QUINN, J.

The facts in this case are similar to, and the issues are identical with, those in E. M. Reese et al. v. S. B. Owens et al., 48 S.W.(2d) 697, this day decided by this court, and on the holdings therein announced, the motion to file is refused, and that to set aside the order of affirmance on certificate is overruled.

[1] No opinion filed on original hearing.